UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| HEATHER HENRY,<br>SHAWN HENRY,<br><br>    Plaintiffs,<br><br>vs.<br><br>CMBB, LLC ET AL.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br><br>CASE NO: 18-1244-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion to Dismiss entered on February 27, 2019, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 2/27/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk